PEOPLE v. JAMES JOHNSON

Rape—Victim Over 16 Years of Age—Resistance of Victim.
    There must be a showing that the victim resisted to the utmost
    in order to sustain a conviction for the rape of a female over
    16 years of age, but it is sufficient to show that the will to
    resist was overcome by the fear the victim had of the de-
    fendant (CLS 1961, § 750.520).

Appeal from Recorder's Court of Detroit, Robert
E. DeMascio, J.   Submitted Division 1 April 1,
1969, at Detroit.   (Docket No. 5,458.)   Decided April
21, 1969.   Leave to appeal denied January 28, 1970.
See 383 Mich 762.

James Johnson was convicted of rape.   Defendant
appeals.   Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William L. Cahalan,*
Prosecuting Attorney, *Samuel J. Torina,* Chief Ap-
pellate Lawyer, and *Terrance K. Boyle,* Assistant
Prosecuting Attorney, for the people.

*Bellinson & Doctoroff (Frederick B. Benjamin,* of
counsel), for defendant on appeal.

BEFORE:   T. M. Burns, P. J., and R. B. Burns
and Fitzgerald, JJ.

---

Reference for Points in Headnote
44 Am Jur, Rape § 6.

Per Curiam. Defendant was convicted by a jury in recorder's court of rape. CLS 1961, § 750.520 (Stat Ann 1954 Rev § 28.788). He was sentenced January 15, 1968. Appointed counsel filed timely claim of appeal and a brief in support of defendant's appeal. The people filed a motion to affirm pursuant to GCR 1963, 817.5(3).*

Defendant contends that there was insufficient evidence that complainant "resisted to the utmost." In a prosecution for rape, however, it is sufficient if the victim resisted to the utmost or that her will was overcome by fear of the defendant. *People* v. *Myers* (1943), 306 Mich 100; *Strang* v. *People* (1871), 24 Mich 1. The record contains ample evidence to support the conviction.

The motion to affirm is granted.

---

* See 372 Mich xxv.